

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Corey James Bravo v. The State of Texas

Appellate case number:   01-12-00923-CR

Trial court case number:  1788210

Trial court:            County Criminal Court at Law No. 2 of Harris County

       This case was abated and remanded to the trial court on December 19, 2012. In the order of abatement, we ordered the trial court to execute an amended certification of appellant's right to appeal, to determine whether appellant still wishes to appeal, to determine if appellant is indigent, and, if appellant is not indigent, to admonish appellant regarding self-representation and either determine that appellant is knowingly and intelligently waiving his right to counsel or set a deadline for appellant to hire counsel. On January 14, 2013, the trial court held a hearing on our order. The supplemental clerk's record, filed January 15, 2013, contains a certification of the right to appeal indicating that appellant has the right to appeal. The reporter's record of the hearing, filed January 16, 2013, shows that appellant wishes to pursue this appeal, that the trial court determined that appellant is not indigent, that appellant was admonished regarding self-representation, and that appellant wishes to represent himself.

       Accordingly, we REINSTATE this case on the Court's active docket.

Judge's signature: /s/ Jim Sharp
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 23, 2013